DISMISS; Opinion Filed January 14, 2013.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01464-CV

**CHANON RODRIGUEZ, Appellant**

**V.**

**NANCY BARR, Appellee**

On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-03437

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion By Chief Justice Wright

Before the Court is appellant's January 2, 2013 unopposed motion to dismiss appeal. In the motion, appellant states the parties have settled the matter in dispute in this interlocutory appeal and request the Court to dismiss the appeal. We grant appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/s/ Carolyn Wright
CAROLYN WRIGHT
CHIEF JUSTICE

121464F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CHANON RODRIQUEZ, Appellant

No. 05-12-01464-CV          V.

NANCY BARR, Appellee

Appeal from the 95th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. DC-12-03437).
Opinion delivered by Chief Justice Wright, Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**. Absent any agreement of the parties, it is **ORDERED** that appellee Nancy Barr recover her costs of this appeal from appellant Chanon Rodriquez.

Judgment entered January 14, 2013.

CAROLYN WRIGHT
CHIEF JUSTICE